Esther Kala
Pro-Per
771 Northview Ave., Apt. B
Columbus, Ohio 43219
(626) 225-2317
Ekala94@gmail.com

Plaintiff in Pro-Per

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esther Kala,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Hunt & Henriques, LLP,<br><br>　　　　Defendant. | Case no. 2:24-CV-00651-DMG-AJRx<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

　　The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

　　IT IS SO ORDERED.

Dated: 12/11/2024

_____
DOLLY M. GEE
CHIEF UNITED STATES DISTRICT JUDGE